United States District Court
Southern District of Texas
**ENTERED**
September 24, 2019
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| KEVYNE VEGA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:18-cv-00100** |
| | § | |
| US BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Agreed Order of Dismissal with Prejudice, it is

**ORDERED** that all claims Plaintiff Kevyne Vega ("Plaintiff") asserted, or could have asserted, against Defendant U.S. Bank National Association ("Defendant") in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that all costs, expenses, and attorney fees are taxed against the party incurring same; and it is further

**ORDERED** that this is a **FINAL JUDGMENT** as to all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit.

All relief not previously granted is hereby **DENIED**.

**SO ORDERED.**

SIGNED this 24th day of ___ September ___, 2019.

_George C. Hanas_
U.S. DISTRICT COURT JUDGE

FINAL JUDGMENT                                                                 SOLO PAGE